IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DONALD STYERS | § | |
| VS. | § | CIVIL ACTION NO. 1:05cv646 |
| T.C. OUTLAW | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Joseph Arthur Mason,  proceeding *pro se*, filed the above-styled petition for writ of mandamus.  The court referred the matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.

The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning the petition.  The magistrate judge recommends the petition be dismissed without prejudice for failure to exhaust administrative remedies.

The court has received and considered the Report and Recommendation, along with the records, pleadings and all available evidence.  No objections were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.   A final judgment will be entered dismissing this petition.

**SIGNED this the 17th day of November, 2006.**

KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE